1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6551 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov
   *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-136-KJD-BNW |
| Plaintiff, | **Stipulation to Unseal Search Warrants** |
| v. | |
| DANIELLE LACHARIS BUCK, | |
| Defendant. | |

On May 30, 2019, the Honorable Nancy J. Koppe issued warrants authorizing the search of Defendant Danielle Lacharis Buck's residence and vehicle under Case Nos. 2:19-mj-399-NJK and 2:19-mj-400-NJK, respectively. Because those warrants were part of an ongoing investigation, the Court issued an order sealing the warrant documents. On June 4, 2019, a federal Grand Jury charged Buck in this District in a sealed indictment in the above-captioned case with violating 18 U.S.C. §§ 1341 (Mail Fraud), 1343 (Wire Fraud), 1029(a)(2) (Using Unauthorized Access Devices), and 1028A(a)(1) (Aggravated Identity Theft). On June 5, 2019, Buck was arrested and made her initial appearance on these charges the same day and the indictment in this case was unsealed.

At any trial in that case the Government anticipates introducing evidence recovered during the execution of the sealed search warrants. Accordingly, the parties hereby stipulate

and request that this Court issue an Order unsealing the warrants and accompanying documents, including the application, affidavit, and attachments, in Case Nos. 2:19-mj-399-NJK and 2:19-mj-400-NJK so that the Government may provide those documents to defense counsel as discovery in the above-captioned case.

DATED this 26th day of September, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kathryn C. Newman*  
KATHRYN C. NEWMAN  
Assistant Federal Public Defender  
Counsel for Defendant  
Danielle Lacharis Buck

/s/ *Richard Anthony Lopez*  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-136-KJD-BNW |
| Plaintiff, | |
| v. | |
| DANIELLE LACHARIS BUCK, | |
| Defendant. | |

**[Proposed] Order Granting Stipulation to Unseal Search Warrants**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the warrants and accompanying documents, including the application, affidavit, and attachments, in Case Nos. 2:19-mj-399-NJK and 2:19-mj-400-NJK shall be unsealed.

DATED October 3, 2019

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE