# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DANIELLE LACHARIS BUCK,<br><br>           Defendant. | Case No. 2:19-cr-00136-KJD-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on January 25, 2022 at the hour of 10:30 a.m., be vacated and continued to April 26, 2022 at the hour of 10:00 a.m.

DATED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3