## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-136-KJD-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DANIELLE LACHARIS BUCK, aka DANIELLE LACHARIS LAKEY, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Danielle Lacharis Buck, aka Danielle Lacharis Lakey, to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Bill of Particulars, and Forfeiture Allegation One of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Danielle Lacharis Buck, aka Danielle Lacharis Lakey, pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 17; Change of Plea, ECF No. 46; Plea Agreement, ECF No. 48; Preliminary Order of Forfeiture, ECF No. 50.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

Case 2:19-cr-00136-KJD-BNW   Document 55   Filed 04/05/22   Page 2 of 5

1    The in personam criminal forfeiture money judgment amount of $175,622 complies

2    with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990

3    F.3d 680 (9th Cir. 2021).

4    This Court finds the United States published the notice of forfeiture in accordance

5    with the law via the official government internet forfeiture site, www.forfeiture.gov,

6    consecutively from November 17, 2021, through December 16, 2021, notifying all potential

7    third parties of their right to petition the Court. Notice of Filing Proof of Publication

8    Exhibits, ECF No. 54-1, p. 5.

9    This Court finds the United States notified known third parties by regular mail and

10   certified mail return receipt requested of their right to petition the Court. Notice of Filing

11   Service of Process – Mailing, ECF No. 53.

12   On November 23, 2021, the United States Attorney's Office served Governor Gavin

13   Newsom with copies of the Preliminary Order of Forfeiture and the Notice through regular

14   mail and certified mail return receipt requested. Notice of Filing Service of Process –

15   Mailing, ECF No. 53-1, p. 1-16.

16   On November 23, 2021, the United States Attorney's Office served Rob Bonta,

17   Office of the Attorney General, with copies of the Preliminary Order of Forfeiture and the

18   Notice through regular mail and certified mail return receipt requested. Notice of Filing

19   Service of Process – Mailing, ECF No. 53-1, p. 1-13, 17-18.

20   On November 23, 2021, the United States Attorney's Office served Shirley N.

21   Weber. Ph.D., California Secretary of State, with copies of the Preliminary Order of

22   Forfeiture and the Notice through regular mail and certified mail return receipt requested.

23   Notice of Filing Service of Process – Mailing, ECF No. 53-1, p. 1-13, 19-20.

24   On November 23, 2021, the United States Attorney's Office served Rosa Martinez,

25   Supervisor, California Employee Development Dept., with copies of the Preliminary Order

26   of Forfeiture and the Notice through regular mail and certified mail return receipt requested.

27   Notice of Filing Service of Process – Mailing, ECF No. 53-1, p. 1-13, 21-22.

28   / / /

1    On November 23, 2021, the United States Attorney's Office served Nancy Farias,

2  Chief Deputy Director of External Affairs, California Employee Development Dept., with

3  copies of the Preliminary Order of Forfeiture and the Notice through regular mail and

4  certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF

5  No. 53-1, p. 1-13, 23-24.

6    On November 23, 2021, the United States Attorney's Office served Carol Williams,

7  Chief Deputy Director of Operations, California Employee Development Dept., with copies

8  of the Preliminary Order of Forfeiture and the Notice through regular mail and certified

9  mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 1-13,

10  25-26.

11    On November 23, 2021, the United States Attorney's Office served Carole Vigne,

12  General Counsel, California Employee Development Dept., with copies of the Preliminary

13  Order of Forfeiture and the Notice through regular mail and certified mail return receipt

14  requested. Notice of Filing Service of Process – Mailing, ECF No. 1-13, 27-29.

15    On November 23, 2021, the United States Attorney's Office served Kevin Matulich,

16  Deputy Director, California Employee Development Dept., with copies of the Preliminary

17  Order of Forfeiture and the Notice through regular mail and certified mail return receipt

18  requested. Notice of Filing Service of Process – Mailing, ECF No. 1-13, 30-31.

19    On November 23, 2021, the United States Attorney's Office served Rita Saenz,

20  Director, California Employee Development Dept., with copies of the Preliminary Order of

21  Forfeiture and the Notice through regular mail and certified mail return receipt requested.

22  Notice of Filing Service of Process – Mailing, ECF No. 1-13, 32-33.

23    This Court finds no petition was filed herein by or on behalf of any person or entity

24  and the time for filing such petitions and claims has expired.

25    This Court finds no petitions are pending regarding the property named herein and

26  the time has expired for presenting such petitions.

27  / / /

28  / / /

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

2  all possessory rights, ownership rights, and all rights, titles, and interests in the property

3  hereinafter described are condemned, forfeited, and vested in the United States:

4       1.    any and all fraudulent identification documents including, but not limited to

5             at least:

6             a. names, dates of birth, and social security numbers of C.B., D.C., J.S., K.A.,

7                K.J., M.E.G., M.R.G., S.D., Y.T., and others;

8             b. driver's licenses issued to C.B., D.C., J.S., K.A., K.J., M.E.G., M.R.G.,

9                S.D., Y.T., and others; and

10   2. any and all fraudulent access devices including, but not limited to at least:

11            a. EBP card #0420 issued to M.E.G.;

12            b. EBP card #0899 issued to D.C.;

13            c. EBP card #3080 issued to K.J.;

14            d. EBP card #4395 issued to Y.T.;

15            e. EBP card #6546 issued to J.S.;

16            f. EBP card #7793 issued to S.D.

17  (all of which constitutes property); and

18        that the United States recover from Danielle Lacharis Buck, aka Danielle Lacharis

19  Lakey, the in personam criminal forfeiture money judgment of $175,622, and that the

20  property will not be applied toward the payment of the money judgment; and

21        the forfeiture of the money judgment and the property is imposed pursuant to Fed.

22  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

23  981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that

24  the money judgment shall be collected; and that the property and the collected amount shall

25  be disposed of according to law.

26        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

27  forfeited funds, including but not limited to, currency, currency equivalents, certificates of

28  deposit, as well as any income derived as a result of the government's management of any

4

1  property forfeited herein, and the proceeds from the sale of any forfeited property shall be

2  disposed of according to law.

3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

4  copies of this Order to all counsel of record and three certified copies to the United States

5  Attorney's Office, Attention Asset Forfeiture Unit.

6      DATED __May   10__, 2022.

7

8

9      KENT J. DAWSON
       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28